## Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 87  
**IP Address:** 67.245.64.86  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5E0B1CF3723919DBCDE3B2288ABC28CE633D968E<br>File Hash:<br>07AC994841A4FE72A5D57E38291CEDBA71FA940F8AB507C009E7A1716476E77E | 01/06/2024 00:31:50 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 2 | Info Hash: 4BAA5E80CC7A166D7C8E358CA67BA88B90034D59<br>File Hash:<br>E022BA033273E04C3AF101C92E29C7122B882818779BEEDAF5A25284D6E5A418 | 01/03/2024 21:58:42 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 3 | Info Hash: 30B27C99B2E30AD932B8F58BD1FAAE4C6CAFEB99<br>File Hash:<br>B29E10102A928BD2154C33A183EA9569A7B40CB5C65B8F013603B26B1D63176F | 12/24/2023 03:44:14 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 4 | Info Hash: 1C2F0A5382571CA27C336A7096C817EF3C62F4B5<br>File Hash:<br>599A79A186E1016B04302C5C994D267B6F13750AB36F802ED6094C610F22AD1E | 12/24/2023 03:41:36 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 5 | Info Hash: 357279431A7D6923D70C3E533E56DA19A144A162<br>File Hash:<br>5F7D0F963391E5F29EF5CB0300F4FB688A5DBFC25B73A0F8CCCABD2AFC468640 | 12/18/2023 16:52:54 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 6 | Info Hash: 106111728142F071255E4C351901EA4A9A60A73B<br>File Hash:<br>1C8FEF3FA446FC2EF56B096238A3428A60E78620DEB654E7D904E144CB68F9A8 | 12/13/2023 00:37:17 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 7 | Info Hash: 23C775E43776E7203EBC0A2DA747CD11E9350980<br>File Hash:<br>9D0D21DFBB5CBDDB5576C7557328E6FB09386CA191389A7CD3B9C9E6C2A69F06 | 12/13/2023 00:37:13 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 8 | Info Hash: F2C9A95EF45963D9A9E418146C34F8224237372C<br>File Hash:<br>1B0A4FB3BF345193C4923B9BEEB2D17492CCA8BDEBDF727EE9485935836C9962 | 12/04/2023 20:11:02 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 9 | Info Hash: 743EDE7C0F2B5801AFC36E54099CED32AD3C81D7<br>File Hash:<br>DA8F791AA7BA91591C613C33BFC79816EF2CC655306F786D7A87FC5AA7360F80 | 11/27/2023 22:33:37 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 10 | Info Hash: B09AA6DFEC9B0C4F559BA21358336B32F21D07F4<br>File Hash:<br>9E2EBCFEDE3DD326897ECD74958CDBB3BC9893EE980C07185BA42E6800F4C9FC | 11/27/2023 15:15:21 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 11 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash:<br>5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11/25/2023 03:59:07 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 75413798C0544FB363988C762A22923ABBF01E89<br>File Hash: 526F7AA6314670BD5123CA68EB484FFF2C0D20033C0D500630D9FAF1D7092CF1 | 11/25/2023 03:52:59 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 13 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash: 4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 11/20/2023 17:27:20 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 14 | Info Hash: EDEF437B923044B6BB74F25D84D9A801CA11B42B<br>File Hash: 50139B0978D706FDB0D6A7CFBCFAAC7299920E019ABEC0D9E5D640AB12F359E0 | 11/20/2023 02:44:41 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 15 | Info Hash: 893E98591FA15FF04D08385E43D5035C929324AB<br>File Hash: BCB7D5257DE7A8FCD4C1AB7EF048F61C9B5073D46BB2033AB47797794B15F28B | 11/17/2023 22:13:29 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 16 | Info Hash: 390732A1191E29834CC9F70971E6E98F4B328B20<br>File Hash: B07A388F4CAFF2243AC23738280E0C00323D809F5252F4AC9FEF7375FB1D8D9F | 11/12/2023 03:31:11 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 17 | Info Hash: 03DB7831A54CABBA5DD836F0ED38B7234EC62072<br>File Hash: 80EA1DCBC6B073AF158C7C70367E0D1A1FA5CCE3FE471481C2C946CD8B51C097 | 11/12/2023 03:30:57 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 18 | Info Hash: F50ED2232B0DEF79EE1A4B7237E55DE135218DF4<br>File Hash: 9E335017CA64168368D19A57ABBDA2A19C4D37EB5F2ABF09D48E1276F5A2D442 | 11/12/2023 03:30:55 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 19 | Info Hash: 641DC51E8CB08F43EF29D0F151F6937540563FD3<br>File Hash: 6AB5C750B260D895A7A71B677B1504DBABD944476A44AEE0E61C2B55D35192D3 | 11/05/2023 22:26:21 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 20 | Info Hash: E7DA5D1F4764A016B1298D14406593FD863E64CA<br>File Hash: 9CC890A9FEB6BBB23F4A359B8F97198F073D5401D1EED067F87750380A8FF9BD | 11/05/2023 20:32:21 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 21 | Info Hash: 206084BD537D9B82923A2FE5E80AED1F33B501B2<br>File Hash: A0A4E73BC9EE039FDFF96814507474F6F0302645650D51F9E9D74FB5535C4F89 | 10/31/2023 01:10:47 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 22 | Info Hash: 3FF8336C73B3D9D9C150F9294AD54660F2C0F82C<br>File Hash: 4B5608424BB4E4B231EF51BE47B008F90D36BAFAE27F5C299AAE3CAE2F03DFC8 | 10/31/2023 01:10:26 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 23 | Info Hash: EF94A8F7E5FA24A13BCFEB5527F183E880FFF8B0<br>File Hash: F14993F4373EA486A6D834329ADE2673F8C5D03DAE57B0794F13FF99A71CC3D3 | 10/18/2023 23:16:34 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A8A960799B9DC017EDB03BDC9A6FE48F3169BDEB<br>File Hash:<br>4257A30D995FE1E1FEA254910E8BE2A4176D02B9F3731465DDAF2DBD70902C08 | 10/18/2023<br>05:15:29 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 25 | Info Hash: 3BD714763C5536AAE8CF6485420E9774E3BA4D32<br>File Hash:<br>5DE43EE7552822B45CA685E41E3307BD30C108832E68248F9721B01898F4E1BD | 10/10/2023<br>23:25:34 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 26 | Info Hash: 5BE7C45A2C87829A0C80BC117E40A8541B60A3F4<br>File Hash:<br>4A11EFAD1FAD18263286DB45806A4D3BEAB3399ACB29D1B753CE40E1B7216C40 | 10/10/2023<br>03:44:06 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 27 | Info Hash: 8CB2E9FCCCD0A0A1CAB0D1AF648B53EAC2AB3F78<br>File Hash:<br>AAD3457D8353D55772D7EF767D1B5AE03B3D0280DC3F27415FBF54817E4B7E10 | 10/05/2023<br>16:25:19 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |
| 28 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 10/01/2023<br>00:16:52 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 29 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash:<br>D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 10/01/2023<br>00:11:15 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 30 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash:<br>586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 10/01/2023<br>00:05:54 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 31 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash:<br>1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09/29/2023<br>14:23:55 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 32 | Info Hash: 70C032471C09850A836C824104A001B59F9142E1<br>File Hash:<br>6FD4C5CA204E1B23FB50071F13696F83598D3037D997196727EFEC38A6AC7C95 | 09/25/2023<br>15:27:59 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 33 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 09/25/2023<br>14:36:42 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 34 | Info Hash: C3B4882E06C4DFA37CFB1E147B78B3131284D317<br>File Hash:<br>BB6CEA46B1E9B5B0FCAA614818BCDAAF662F24664055BAA0EB872DF3BBDD00CF | 09/25/2023<br>14:35:23 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 35 | Info Hash: 34C9DA8AF8E8C173C22FCFB22236B3684A69F1CF<br>File Hash:<br>4341DD1B507D8D77B735F312041FD81B93BF477D91748195E90BC54B8C3CDD08 | 09/20/2023<br>22:48:11 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C5F1F25C9A928AD889C7B478EFA3DB443C6FD9AD<br>File Hash: 9AACBFABA6B312B142E69B530EE54F3153D24F6FFA3DB46E8A6B40B198EE6380 | 09/20/2023 22:08:07 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 37 | Info Hash: 4E3D7C26AB61950D82D122FADB4FA755B3D2323D<br>File Hash: 2224E9BA38E903395F48125A9503E08B2CFC0272328401271804067E72F6B354 | 09/18/2023 16:33:11 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 38 | Info Hash: 87E0C840932941C63FC4A5F44F83784CBB3DD479<br>File Hash: 38BCBBE49002653121C9451C7D71780AB45C4B144D671273D6477B38728B5AD1 | 09/06/2023 01:58:33 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 39 | Info Hash: E190B0001E92F8D4C98BF4253A1486EE9F981CBB<br>File Hash: 2747C19AB172D826B51D6BB61A4612B729612EBFF20326573564E130F35EC839 | 09/05/2023 13:55:26 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 40 | Info Hash: 42F002656E50E03388E71948796B2A81E6DBAD15<br>File Hash: 2D2E1B1F75D2D6BFCFC0628A75342776C2012BD03CF26A18EE717BA1474FE601 | 09/05/2023 13:49:03 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 41 | Info Hash: 97BD740D2B65E1A23A3BF7979B2CE2B19FBD8EDF<br>File Hash: EBF6EA74C22F87786D58EF85C52293F3C44E5915E35B09B947C00B02DD17ABA7 | 09/05/2023 13:48:08 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 42 | Info Hash: 2F028B6290E67C19FE07841F3A2B49F2E092B9C6<br>File Hash: E5E5209F32C691F41D63DE13F77F33024E39B4E1244DB195064001EDA96FF600 | 09/05/2023 13:47:56 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 43 | Info Hash: 41A9521D4822756B6D3F62FF1D413E088A3CE382<br>File Hash: 9A6058B6A617399534843E22F9EA2D4E3BA208111C47A1EE1359FC963BBD6348 | 09/05/2023 13:47:25 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 44 | Info Hash: 1E235B39417C2DF942A3FF2FD6126E13C01422F0<br>File Hash: 792796CD6EA4B2D5FB862CA0774126237DFBC5E52878349A8DEE5A41692E7A1C | 08/27/2023 00:48:37 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 45 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08/24/2023 01:29:05 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 46 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash: B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08/24/2023 01:21:51 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 47 | Info Hash: 2D497CC25CC821404B0478E655C46B0B39EBC177<br>File Hash: E9AB366349416E516E2415A5079DBD7ED57296FC6C6A5253E97509F9AE20233E | 08/23/2023 21:25:46 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B68C94C917FB63D6933A5613411B0092841DFA19<br>File Hash:<br>12F63A33ED651912C7B4F8422C046835A238199F205CAE0FC339DE3790E6BEF0 | 08/22/2023 22:58:02 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 49 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash:<br>11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 08/17/2023 10:21:21 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 50 | Info Hash: DD355D97048B431F42EC4E908BBFE05E7A86449B<br>File Hash:<br>5D548055AFFB191EB2F23823348AB8A5497959F795CD4DF70C4FBED7FAC2E3A2 | 08/17/2023 10:20:59 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 51 | Info Hash: C8D28D5B268D936E104A25EE37F78893A30FEB51<br>File Hash:<br>D45507D39474DDFE506B01E75887EA20110D049CE1B6B22FE43991D3DFEE4B11 | 08/17/2023 10:19:19 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 52 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 08/17/2023 10:19:18 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 53 | Info Hash: 134CA5005507DACA97E9A0F9C61E19B8760A72DE<br>File Hash:<br>07C5D7EA9ABE8E838AB286D59C71AAB8C3A848B809034014A753D8F7F9505733 | 08/01/2023 19:54:29 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 54 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash:<br>56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 08/01/2023 17:04:57 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 55 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08/01/2023 17:01:23 | Blacked Raw | 07/31/2023 | 08/17/2023 | PA0002425528 |
| 56 | Info Hash: 2FFB9DE0E862512561CCC97D6CB46B34A9BDDD1C<br>File Hash:<br>F27CD8C6550D77F030642F886F350B8B036A6AEEB19FC448E75465389CF04C08 | 07/05/2023 23:02:27 | Blacked Raw | 06/28/2023 | 07/13/2023 | PA0002420343 |
| 57 | Info Hash: 8D04FED7E85BDBF5BA9BE8F0CA901F165FC70394<br>File Hash:<br>B776A6D3BD5456E54166F680C85B9F594404F142B465AB7E0C6AA7350087ECCC | 06/12/2023 18:36:28 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 58 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash:<br>9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06/10/2023 13:14:28 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 59 | Info Hash: 7C3D3109C54701981DAFEB31B3F67BF43B310F7D<br>File Hash:<br>BA4F23F02FDDD6F652128076D75FD713CEA62FC1DB85012637B10B56FC27E5CB | 06/10/2023 13:13:46 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: EAECDAC066958DD31C1B553FB62FE7FB425615EA<br>File Hash: 2BE40AEA7CB2DEA8531E6D67F1593B5885360FAF1CE6398C7D834E0D3E467DFA | 06/10/2023 13:13:38 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 61 | Info Hash: 349D182E662C342A3E7AF4E706C6C7567FA0EBA4<br>File Hash: 5795F3F02E8849056849B98461876548F007D6B65F5665E345D5C32E4E5B617B | 06/10/2023 13:13:37 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 62 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash: EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 06/10/2023 13:13:36 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 63 | Info Hash: EADEC09C86E6D264643B3ECBE1D93DBF74467B9B<br>File Hash: C9BA0F35D398B91C9298344D09A0703A201662B6AE2AC6C8206F716E31A8EC96 | 06/08/2023 18:51:01 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 64 | Info Hash: 150258A87BDECAF32E9C0610E9E19B3444B6869D<br>File Hash: 67EA8E8E24556E84924F8554BAF2BC07CAEE3CF00092FDEE89A3D0040CBBFD62 | 05/22/2023 17:23:22 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |
| 65 | Info Hash: E9B30CF15ABC75599783E2D59CCAA7B6CBF2F6C5<br>File Hash: 392B1EA260433E1D3F788ADC306D3EFEBBA167609F6418A0DD62F14C4BF68E3A | 05/22/2023 15:28:01 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 66 | Info Hash: 96E84227AF3994E4B47F86EC374A84DEE4B93EA5<br>File Hash: F502D5A977240F025635E522847E2B1E7DFA7EBA83F5C214DED8CC21A608E043 | 04/28/2023 21:04:24 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 67 | Info Hash: 44999B8D73D1448B4085B36C51240DFB91BE3C17<br>File Hash: EB06FF421EC38018D145B04455F0FD9C31366B54D081CC60B9773B42FE5E133E | 02/12/2023 00:48:25 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 68 | Info Hash: 29E2C9013D5A1D21A4596CB26FB705BA111B8AED<br>File Hash: 391ED757273CC906FB64AE296199D535E4F5498A5DC444A5AA2A64CB47548813 | 02/12/2023 00:46:00 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 69 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 02/12/2023 00:45:54 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 70 | Info Hash: BED61A39D3312587AE752E77276A4D831A41FC10<br>File Hash: B8F588F01AD2DCD39D1DCB90F32E1F91013EA362EFA3AC577ECFCEF35AFC7795 | 02/12/2023 00:44:29 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 71 | Info Hash: 46E6EBAF73F4511DDFE7525728586A2ACDFB250B<br>File Hash: 4026B08546DF9A0DAF3A077B09457B11B79C89D7465BECCE94A644199E6AC0F7 | 02/06/2023 18:17:48 | Blacked Raw | 01/29/2023 | 04/13/2023 | PA0002406902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7EB14C37AF1765672E28D59B53F3AD0F9050BDBA<br>File Hash: EBBD2738488287A722BDAC3FF6AF34BDD20FC270082CF4DB44F7196ECED9DFE5 | 11/13/2022 17:34:39 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 73 | Info Hash: 5FEA1A437B99C29D55C735A94030B9BA4B2BB91C<br>File Hash: 0A81C14046D344A241EFBF66F23E61ECD675687E6E8C3C9C5E630F9577C2A9E2 | 11/09/2022 22:56:54 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 74 | Info Hash: 492261E66E6E30AEAEB6275C2A6E77B1A0B48152<br>File Hash: D85FD4CB5A32AF30385A24E2613397E5DE073A31F9C734837DDA1CBCAD5E2FEB | 10/31/2022 16:33:34 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 75 | Info Hash: 266E02129041378C904C0B863134D8A47F82885F<br>File Hash: 1AC877F4B4BE132D6A6B92C6585F7C3DBC83E27FF2C137BD373078BE1070933B | 10/05/2022 00:04:35 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 76 | Info Hash: A6321D42F9AFA5687E33564297AD71E8F74418CB<br>File Hash: DD85D78B3D5FB62E462FA5900CCABA10309A0524AC9CD5E9B083150219034156 | 10/05/2022 00:02:47 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 77 | Info Hash: 2122610D5B89E417C507B8FE49CCB00FB0E95349<br>File Hash: 1F442432499F4099F13A6AE9B88CCE1BD1E516287B43AC1DB9FE0587487AC52C | 10/04/2022 23:56:01 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 78 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09/04/2022 12:21:58 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 79 | Info Hash: A92F39EAFF0DFAC2017E07842C130C0B8DEEF270<br>File Hash: 897838C054DF801DDE95173D1474A4CEB35A4644AE0BE47F129A31C5F04D96EF | 08/23/2022 18:09:41 | Blacked Raw | 08/22/2022 | 08/30/2022 | PA0002367731 |
| 80 | Info Hash: A5739E32D3CDBAB08292FBD232DD10F0B8D1461F<br>File Hash: 3C8EF1D5E1314F68D516F5C7A3F60205FD1BA9B0951BAF790FCAE7F53AF527DB | 08/23/2022 05:34:36 | Blacked | 08/13/2022 | 08/30/2022 | PA0002367729 |
| 81 | Info Hash: B32CB66B91B70DDFD7192D46413616D90439FE2E<br>File Hash: 6C5D80A06819F00A14581BE8B698C385C0C115D1283C18F01DFC5C4D9EA52E7B | 08/18/2022 02:38:29 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 82 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash: 3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 08/17/2022 15:25:52 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 83 | Info Hash: 813E50B9406EDB8469005C6E60EC8EACE11F605A<br>File Hash: 8B3A359E8FF5B5254EB074CBB950D2C9044EA0DBCD9445A324290DDA4EA83A26 | 08/16/2022 17:28:56 | Blacked | 08/06/2022 | 08/29/2022 | PA0002367714 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 08/12/2022 06:07:05 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 85 | Info Hash: AA4B262A5A581CFC807BAD5A6071241389440C43<br>File Hash: 8D4B18B113F507D7A6C40F7E81FAF66DA52C0DA76D98301A27AA886B0133A17F | 08/03/2022 12:01:34 | Blacked | 07/30/2022 | 08/30/2022 | PA0002367742 |
| 86 | Info Hash: EAE792E7063378C4FF1EBB88FD015418B92E58A1<br>File Hash: A5DB0C8A1538FF800291A6C9F6B4EE3C8F909FBB7ED33E5A06F59DD5DDA997FF | 07/27/2022 11:57:25 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 87 | Info Hash: CF6C7C12AA4E263837A510E9EDE5D6D1EAF472A5<br>File Hash: EBF120D710A89699B7DD86AB7847EE58DC76EB4700BCF19FE15C3BAC4BE98AD9 | 07/27/2022 11:57:24 | Blacked Raw | 07/18/2022 | 08/30/2022 | PA0002367753 |